# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Jeff Bansek,** *et al.*, | : | |
| | : | |
|     Plaintiffs, | : | Case No. 2:21-CV-151 |
| | : | |
| v. | : | Judge Michael H. Watson |
| | : | |
| **The Jackson on High** | : | Magistrate Judge Elizabeth Preston Deavers |
| **Condominium Association,** *et al.*, | : | |
| | : | |
|     Defendants. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, by and through their respective undersigned Counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal, with prejudice, of this action with each party bearing their own costs.

Respectfully Submitted,

| | |
|---|---|
| *s/Laren E. Knoll* | *s/Nita L. Hanson (email authority 1.12.2022)* |
| Laren E. Knoll (0070594) | Peter J. Georgiton (0075109) |
| The Knoll Law Firm LLC | Nita L. Hanson (0084342) |
| 7240 Muirfield Drive, Suite 120 | DINSMORE & SHOHL LLP |
| Dublin, Ohio 43017 | 191 West Nationwide Blvd, Suite 300 |
| Telephone: 614-372-8890 | Columbus, Ohio 43215 |
| Facsimile: 614-452-4850 | Telephone: 614-628-6880 |
| Email: lknoll@knolllaw.com | Facsimile: 614-628-6890 |
| *Trial Attorney for Plaintiffs* | Email: peter.georgiton@dinsmore.com |
| |        nita.hanson@dinsmore.com |
| *s/Andrew L. Margolius* | *Counsel for Defendants The Jackson on High* |
| Andrew L. Margolius (0003402) | *Condominium Association, Link Real Estate* |
| Emily E. Gilbert (0080174) | *Group, LLC and Jim Ambrosio* |
| Margolius, Margolius & Associates | |
| 55 Public Square, Suite 1100 | *s/Frederick T. Bills (email authority 1.12.2022)* |
| Cleveland, Ohio 44113 | David T. Patterson (0007454) |
| Telephone: 216-621-2034 | Frederick T. Bills (0083833) |
| Facsimile: 216-621-1908 | Joshua C. Berns (0090627) |
| Email: Andrew@margoliuslaw.com | Weston Hurd LLP |
| *Co-Counsel for Plaintiffs* | 10 West Broad Street, Suite 2400 |
| | Columbus, Ohio 43215 |

Telephone: 614-280-0200
Facsimile: 614-280-0204
Email: dpatterson@westonhurd.com
   fbills@westonhurd.com
   jberns@westonhurd.com
*Attorneys for Defendant Ruscilli Construction Co.*

*s/Todd Petersen (email authority 1.12.2022)*
Todd Petersen (066945)
Petersen & Petersen, Inc.
10680 Mayfield Road
Chardon, Ohio 44024
Telephone: 440-279-4480
Email: tp@petersenlegal.com
*Attorney for The Jackson on High, LLC and JBH Holdings, LLC*

## CERTIFICATE OF SERVICE

This certifies that a true and accurate copy of the foregoing was electronically filed on this 13th day of January, 2022 via the Court's CM/ECF electronic filing system, which will send notification of this filing to all counsel of record herein.

*s/Laren E. Knoll*
Laren E. Knoll (0070594)
The Knoll Law Firm LLC
*Trial Attorney for Plaintiffs*